UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-23596-CIV-WILLIAMS

SHARON SILBERMAN, a/k/a SHARON ASHKENAZI,

      Plaintiff,

v.

POLLACK & ROSEN, P.A., *et al.*,

      Defendants.
_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following the entry of an order granting Defendants' motions for summary judgment. (DE 59). Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendants Pollack & Rosen, P.A. and Midland Funding, LLC and against Plaintiff Sharon Silberman. Plaintiff Sharon Silberman shall take nothing from her claims.

2. All remaining motions are **DENIED AS MOOT**. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 27 day of August, 2019.

                                                  KATHLEEN M. WILLIAMS
                                                  UNITED STATES DISTRICT JUDGE